UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

CIVIL MINUTES -- GENERAL

Case No.   **CV 20-2317-JFW(Ex)**                                                   Date: April 9, 2020

Title:   Jeremy Whalon -v- Discover Bank, et al.

**PRESENT:**

    **HONORABLE JOHN F. WALTER, UNITED STATES DISTRICT JUDGE**

| Shannon Reilly | None Present |
|---|---|
| Courtroom Deputy | Court Reporter |

**ATTORNEYS PRESENT FOR PLAINTIFFS:**     **ATTORNEYS PRESENT FOR DEFENDANTS:**
    None                                                                              None

**PROCEEDINGS (IN CHAMBERS):     ORDER OF DISMISSAL**

    In the Notice of Settlement filed on April 8, 2020, Docket No. 12, the parties represent that they have settled this action.  As a result, the Court dismisses this action without prejudice subject to either party reopening the action on or before June 8, 2020.  The Court will retain jurisdiction for the sole purpose of enforcing the settlement until June 8, 2020.  Thereafter, absent further order of the Court, the dismissal of this action will be with prejudice.  All dates in this action, including the trial date are vacated.

    IT IS SO ORDERED.

Initials of Deputy Clerk   sr

(Rev. 1/14/15)